# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUINCETTA CARGILL, | ) |
| Petitioner, | ) |
| v. | ) Case No.:2:20-cv-01066-AKK-JHE |
| U.S. SENTENCING COMMISSION, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on September 25, 2020, recommending this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice and that the pending motions be denied as moot. Doc. 13. Although the petitioner was notified of her right to file objections within fourteen (14) days, no objections have been received by the court.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** as prematurely filed, and the pending motions **DENIED** as **MOOT**.

A separate order will be entered.

    **DONE** the 21st day of October, 2020.

                                            **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE